No. 98–7547. CROSS v. PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir.;

No. 98–7548. CROSS v. CAMBRA, WARDEN. C. A. 9th Cir.;

No. 98–7551. CROSS v. PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 29, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8092. IN RE RICHARDS. Petition for writ of habeas corpus denied.

No. 98–896. ROTELLA v. WOOD ET AL. C. A. 5th Cir. Certiorari granted.

No. 98–1037. SMITH, WARDEN v. ROBBINS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 97–526. RAMALLO v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–9553. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–512. DAVIS ET AL. v. BUSH, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–704. SOMMERDYKE ESTATE v. CITY OF KENTWOOD. Sup. Ct. Mich. Certiorari denied.

No. 98–724. CUNNINGHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–730. RENO, ATTORNEY GENERAL, ET AL. v. WALTERS ET AL. C. A. 9th Cir. Certiorari denied.